**JUDGE BUCHWALD**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

OCEAN PRIDE CO. LTD.

    Plaintiff,

 - against -

WORTHINGTON SHIPPING CORPORATION
a/k/a WORTHINGTON BULK LIMITED

    Defendant.
------------------------------------------------------X

08 CV
ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiffs certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiffs:

    NONE.

Dated: August 11, 2008
   New York, NY

        The Plaintiffs,
        OCEAN PRIDE CO. LTD.

      By: *Anne C. LeVasseur*
        Patrick F. Lennon
        Anne C. LeVasseur
        LENNON, MURPHY & LENNON, LLC
        The Gray Bar Building
        420 Lexington Ave., Suite 300
        New York, NY 10170
        (212) 490-6050
        facsimile (212) 490-6070
        pfl@lenmur.com
        acl@lenmur.com