UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
OCEAN PRIDE CO. LTD.                              :    08 CV 7157 (NRB)
                                                  :
                 Plaintiff,                       :    ECF CASE
                                                  :
        - against -                               :
                                                  :
WORTHINGTON SHIPPING CORPORATION                  :
a/k/a WORTHINGTON BULK LIMITED                    :
                                                  :
                 Defendant.                       :
-----------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

The attachment is hereby vacated and the garnishees are directed to release any and all of Defendant's funds restrained pursuant to the Ex Parte Order and Process of Maritime Attachment and Garnishment in accordance with the original wire transfer instructions.

Dated: September 5, 2008
       Southport, CT

                                    The Plaintiff,
                                    OCEAN PRIDE CO. LTD.

                                    By: /s/ Anne C. LeVasseur
                                    Patrick F. Lennon
                                    Anne C. LeVasseur
                                    LENNON, MURPHY & LENNON, LLC
                                    The GrayBar Building
                                    420 Lexington Ave., Suite 300
                                    New York, NY 10170
                                    (212) 490-6050
                                    (212) 490-6070 fax
                                    pfl@lenmur.com
                                    acl@lenmur.com